DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONELL JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3605

[March 19, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Bober, Judge; L.T. Case No. 062004CF005135A88810.

Donell Jackson, Mayo, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***